UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**TRENK, DiPASQUALE,
DELLA FERA & SODONO, P.C.**
347 Mount Pleasant Avenue, Suite 300
West Orange, NJ 07052
(973) 243-8600
Anthony Sodono, III
*Counsel to Chapter 12 Debtor*

In re:

K.O. IS O.K., LLC, d/b/a the Farm in Closter,

Debtor.

Case No. 10-25143 (RG)

Honorable Rosemary Gambardella

Chapter 12

Hearing Date: September 30, 2013

**CERTIFICATION OF KYOUNGHEE SOLLOD IN OPPOSITION TO MOTION OF SOVEREIGN BANK FOR AN ORDER (I) COMPELLING DEBTOR TO MAKE PAYMENTS UNDER TERMS OF CONFIRMED CHAPTER 12 PLAN OR, ALTERNATIVELY, (II) DISMISING BANKRUPTCY CASE**

I, Kyounghee Sollod, being of full age, certify as follows:

1. I am the Managing Member of K.O. Is O.K., LLC, Chapter 12 debtor in the captioned matter ("Debtor" or "KO").

2. I make this certification in opposition to the *Motion of Sovereign Bank for an Order (i) Compelling Debtor to Make Payments Under Terms of Confirmed Chapter 12 Plan or, Alternatively, (ii) Dismissing Bankruptcy Case* (Doc. No. 55).

3. One April 21, 2011, the Court entered an *Order Confirming Debtor's Chapter 12 Plan, as Amended.*

4. Unfortunately, Sovereign fails to inform this court of the many accounting gyrations it has produced to the Debtor over a period of time. Sovereign has constantly changed

amounts due, failed to post checks within five (5) days of receiving same, failed to separately list checks and instead listed amounts on bank statement that were inaccurate (checks were written for principle and interest combined but the bank statements impermissibly separated the amounts without any explanation) and generally failed to produce accurate accounting of all payments. Sovereign has never produced any accounting as to how payments were applied and how interest was calculated. Further, many payments were substantially post dated.

5. In addition, many checks forwarded to Sovereign were not cashed and were not returned. The Debtor sent a letter to Sovereign asking for an explanation regarding the checks not cashed. Thus, this failure to cash checks forwarded by the Debtor needs explanation.

6. For example, annexed as Exhibit "A" is a true copy of a Sovereign statement for two periods (the cover page of each statement is annexed), which reflects many payments with an "Effect Date" [sic] (date which check was sent to bank) but which was posted two years later, shown as the "Post Date" on the statement. Further, as per the same statement, there are numerous entries showing minus signs and positive entries again without any explanation. Further, although the statement shows a deposit check for $2,020.54 on the "Effect Date" of 062411 (June 24, 2011) (posted May 13, 2013), the Debtor never wrote a check for that amount.

7. According to Sovereign's own statements as annexed, it is impossible for Sovereign to accurately calculate the amount due. Sovereign must explain in detail these accounting inaccuracies especially the two year late postings and how interest was calculated based upon such diligent postings.

8. Further, the debtor ceased operations in or about December 31, 2012, due to, among other things, the landlord's failure to negotiate a new lease. The Debtor's inventory was liquidated in the ordinary course of business and any remaining assets were sold or given away

due to their poor condition. The greenhouses were of no value and the 1946 tractor was not operating. The remaining assets were sold for approximately $12,000. Those funds were utilized by KO to pay its creditors. The buyer for the remaining assets was The Barn in Closter ("Barn") which is owned by me. The Barn opened about six months after KO shut down – about June 2013. The Barn is a store in a strip mall. It does not qualify for farm (or chapter 12) status. Unlike KO, is has no plants, shrubs, greenhouses, trees, outdoor furniture, gazebos, trellis or any other "outdoor" goods for sale. Due to the landlord not negotiating a new lease or a lease that was fair, KO has to close its business.

I herby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements is willfully false, I may be subject to punishment.

/s/ Kyounghee Sollod
KYOUNGHEE SOLLOD

Dated: September 23, 2013

787299_1

# EXHIBIT A

 

```
                              SOVEREIGN BANK, N.A.

SERV UNIT 08505

OFFICE 08505-11              LOAN INTEREST AND PRINCIPAL BILL
CUSTOMER NUMBER ▓▓▓▓▓▓▓▓▓▓                                    DATE 06-18-13         PAGE    1
---------------------------------------------------------------------------------------------
  TRANSACTION          POST    EFFECT  NUMBER    OBLIGATION      ACCRUAL      RUNNING          AMOUNT
  DESCRIPTION          DATE    DATE    DAYS      ACTIVITY        RATE         BALANCE          DUE
---------------------------------------------------------------------------------------------
  OBLIGATION NUMBER   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-8

  PRINCIPAL                    001***
  LAST BILLING DATE IS 05-19-13.  LAST DUE DATE IS 05-30-13.
  STARTING BALANCE                                                            51,063.12
  CURR PRIN PYMNT      052413  062411           2,020.54-                     49,042.58
  CURR PRIN PYMNT      052413  062411           2,020.54-                     47,022.04
  PRIN PYMNT RVSL      052313  062411           2,020.54                      49,042.58
  CURR PRIN PYMNT      052313  121411             193.36-                     48,849.22
  CURR PRIN PYMNT      052313  121411           2,084.58-                     46,764.64
  CURR PRIN PYMNT      052913  121411             857.07-                     45,907.57
  CURR PRIN PYMNT      052313  062212           3,135.00-                     42,772.57
  CURR PRIN PYMNT      052313  121012           3,135.00-                     39,637.57
  PAST DUE                                                                                     39,637.57
  CHARGES THIS PERIOD                                                                                .00

                                                                   TOTAL DUE                   39,637.57

  LOAN INTEREST              100***IS ACCRUING ON CURRENT PRINCIPAL BALANCE.
  LAST BILLING DATE IS 05-19-13.  LAST DUE DATE IS 05-30-13.  LAST ACCRUAL DATE IS   05-30-13
  PAID YEAR TO DATE IS               .00
  STARTING BALANCE                                                            51,063.12
  CURR PRIN PYMNT      052413  062411           2,020.54-                     49,042.58
  CURR PRIN PYMNT      052413  062411           2,020.54-                     47,022.04
  PRIN PYMNT RVSL      052313  062411           2,020.54                      49,042.58
  CURR INT PAYMNT      052313  121411             857.07
  CURR PRIN PYMNT      052313  121411             193.36-                     48,849.22
  CURR PRIN PYMNT      052313  121411           2,084.58-                     46,764.64
  CURR PRIN PYMNT      052913  121411             857.07-                     45,907.57
  INT PAYMNT RVSL      052913  121411             857.07-
  CURR PRIN PYMNT      052313  062212           3,135.00-                     42,772.57
  CURR PRIN PYMNT      052313  121012           3,135.00-                     39,637.57
  SYSTEM ADJUSTMENT    PRIOR PERIOD PRINCIPAL ACTIVITY                                            741.31-
  PAST DUE                                                                                     60,738.37
  CHARGES THIS PERIOD               000031                       5.75000                          193.57

                                                                   TOTAL DUE                   60,190.63


              QUESTIONS?  PLEASE CALL LOAN OPS AT 1-800-719-6833 OR YOUR LOAN OFFICER.



                                     SOVEREIGN BANK
  SERV UNIT    08505
  OFFICE       08505-11            LOAN INTEREST AND PRINCIPAL BILL
  CUSTOMER NUMBER   00-5139755-7  00018

  TO AVOID ADDITIONAL CHARGES    PLEASE FORWARD PAYMENT TO:   Sovereign Bank
  PAYMENT MUST BE MADE BY                                     P O BOX 12707
  DUE DATE 06-30-13                                           READING, PA   19612-0207

  000001-0002 130619
  KO IS OK LLC
  DBA THE FARM IN CLOSTER                            PRINCIPAL DUE             39,637.57
  515 PIERMONT RD                                    INTEREST/FEE DUE          60,190.63
  CLOSTER NJ  07624-2824                             LATE CHARGES DUE          11,305.82


                                                     TOTAL AMOUNT DUE         111,134.02

              4310050051397557051397557000180000000011113402
```

*Exhibit "A"*

# Sovereign  

SOVEREIGN BANK, N.A.

SERV UNIT 08505

OFFICE 08505-11         LOAN INTEREST AND PRINCIPAL BILL       DATE 04-18-13        PAGE   1
CUSTOMER NUMBER

```
TRANSACTION         POST    EFFECT  NUMBER  OBLIGATION              ACCRUAL   RUNNING              AMOUNT
DESCRIPTION         DATE    DATE    DAYS    ACTIVITY                RATE      BALANCE              DUE

OBLIGATION NUMBER  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-8

PRINCIPAL                           001***
LAST BILLING DATE IS 03-18-13.  LAST DUE DATE IS 03-30-13.
STARTING BALANCE                                                              46,958.00
PRIN PYMNT RVSL    032813  062411           2,020.54                          48,978.54
PRIN PYMNT RVSL    032813  121411           2,084.58                          51,063.12
PAST DUE                                                                                           51,063.12
CHARGES THIS PERIOD                                                                                     .00
                                                                  TOTAL DUE                       51,063.12

LOAN INTEREST                       100***IS ACCRUING ON CURRENT PRINCIPAL BALANCE.
LAST BILLING DATE IS 03-18-13.  LAST DUE DATE IS 03-30-13.  LAST ACCRUAL DATE IS   03-30-13
PAID YEAR TO DATE IS                  .00
STARTING BALANCE                                                              46,958.00
PRIN PYMNT RVSL    032813  062411           2,020.54                          48,978.54
PRIN PYMNT RVSL    032813  121411           2,084.58                          51,063.12
SYSTEM ADJUSTMENT  PRIOR PERIOD PRINCIPAL ACTIVITY                                                    360.30
PAST DUE                                                                                           59,887.37
CHARGES THIS PERIOD                 000031                        5.75000                             249.37
                                                                  TOTAL DUE                       60,497.04

LATE CHARGE                         918***
LAST BILLING DATE IS 03-18-13.  LAST DUE DATE IS 03-30-13.
PAID YEAR TO DATE IS                  .00
PAST DUE                                                                                           11,252.19
CHARGES THIS PERIOD                                                                                    11.09
                                                                  TOTAL DUE                       11,263.28
                                                          OBLIGATION TOTAL DUE                    122,823.44
```

QUESTIONS?  PLEASE CALL LOAN OPS AT 1-800-719-6833 OR YOUR LOAN OFFICER.

PLEASE DETACH AND RETURN THIS PORTION OF BILL WITH PAYMENT

SOVEREIGN BANK

SERV UNIT   08505
OFFICE      08505-11            LOAN INTEREST AND PRINCIPAL BILL
CUSTOMER NUMBER  00-5139755-7  00018

TO AVOID ADDITIONAL CHARGES        PLEASE FORWARD PAYMENT TO:   Sovereign Bank
PAYMENT MUST BE MADE BY                                         P O BOX 12707
DUE DATE 04-30-13                                               READING, PA    19612-0207

000080-0001 130419
**KO IS OK LLC**
**DBA THE FARM IN CLOSTER**                                     PRINCIPAL DUE           51,063.12
**515 PIERMONT RD**                                             INTEREST/FEE DUE        60,497.04
**CLOSTER NJ  07624-2824**                                      LATE CHARGES DUE        11,263.28


                                                                TOTAL AMOUNT DUE       122,823.44

43100500513975570513975570001800000000012282344